UNSEALED PER ORDER OF COURT

SEALED

FILED
APR 02 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DELEON CRUZ, <br><br> Defendant. | Case No. 18MJ1511 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> 18 U.S.C. § 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct <br><br> 18 U.S.C. § 2252(a)(4)(B) & (b)(2) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

### Count 1

On or about and between May 24, 2016, and May 17, 2017, within the Southern District of California, defendant JOSEPH DELEON CRUZ, did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce, and such visual depictions had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 2

On or about May 17, 2017, within the Southern District of California, defendant JOSEPH DELEON CRUZ, did knowingly possess one or more matters which contained visual depictions that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting

interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor, and a minor who had not attained 12 years of age, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2).

And the Complainant states that this complaint is based on the attached Statement of Facts, incorporated herein by reference.

_____
MICHELLE E. HART
Special Agent, FBI

Sworn to me and subscribed in my presence this 2 day of April, 2018.

_____
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On four occasions between May 24 and June 2, 2016, a computer under the control of a Federal Bureau of Investigation (FBI) agent was used to log into a law enforcement version of a publicly available peer-to-peer file-sharing program. This law enforcement version was configured to download suspected child pornography files directly from other computers that were utilizing the same file-sharing protocol, specifically allowing the FBI agent to obtain downloads from a single IP address.

On each occasion, after making a connection to a particular IP Address, the FBI agent was able to obtain multiple complete files directly from this internet user's

machine. The FBI agent received 38 total files and some of those files depicted images of prepubescent females engaging in sexually explicit conduct.

Among the files received by the FBI were the following, which I have briefly described:

    a.    ***Junk_025.jpg*** – an image of a nude prepubescent female squatting with her legs spread apart over a toilet while urinating into it. This image was obtained by the FBI on May 24, 2016.

    b.    ***IMG_1670.jpg*** – an image of a nude prepubescent female lying on a bed with her legs spread apart. The female is wearing a baby bonnet and has a pacifier in her mouth. The focus of the image is on her vagina. This image was obtained by the FBI on May 29, 2016.

    c.    ***NEW PTHC OPVA 2014 REAL FATHER FUCK IS 13 YO DAUGHTER IN THE BASEMENT.mpg.jpg*** – a series of 11 thumbnail images that appear to come from a video depicting a nude prepubescent female engaged in sexually explicit activity with an adult male. In two of the images, the adult male is inserting his penis into the prepubescent female's mouth. In several of the images, the adult male is inserting his penis into the anus of the prepubescent female. This series of images was obtained by the FBI on May 31, 2016.

    d.    ***IMG_8627.jpg*** – an image of a prepubescent female with only a shirt on. The female is on a bed with her legs spread apart and the focus of the image is on her vagina. This image was obtained by the FBI between June 1 and June 2, 2016.

On July 18, 2016, Cox Communications informed the FBI that the particular IP address associated with the downloads on June 1, 2016, was assigned to a particular residence in San Diego, California, within the Southern District of California. The subscriber for internet service at that residence on the dates of the downloads was

reported to be JOSEPH CRUZ (hereinafter CRUZ).

On May 11, 2017, the FBI obtained a federal search warrant, based partly on the information set forth above, for that particular residence in San Diego, California, within the Southern District of California. On May 17, 2017, the search warrant was executed by FBI agents and members of the San Diego Internet Crimes Against Children (ICAC) task force. During the execution of the search warrant, CRUZ's roommate reported that CRUZ had been living at the residence for approximately eighteen months. In addition, agents found pieces of mail addressed to CRUZ at the residence in a bedroom that appeared to belong to CRUZ. Following the execution of the search warrant, items of digital media seized from CRUZ's bedroom at the residence were submitted to the San Diego Regional Computer Forensics Laboratory (SDRCFL) for analysis.

Upon forensic review, two items of digital media were determined to contain images and/or videos depicting minors engaging in sexually explicit conduct. First, a Western Digital hard drive seized from CRUZ's bedroom contained over 600 images of suspected child pornography. Among the image files were the following, which I have briefly described:

    a. *Carved [119745515520].jpg* – an image of a prepubescent female performing oral sex on an adult male.

    b. *Carved [22107507648].jpg* – an image of a nude prepubescent female being vaginally penetrated by an adult male.

    c. *Carved [68151634248].jpg* – an image of a nude prepubescent female lying on her back with a penis placed over her pubic area.

Second, a Dell Inspiron 1545 laptop computer seized from CRUZ's bedroom contained over 44,000 images and over 2,000 videos of suspected child pornography. Among the files were the following, which I have briefly described:

a. *Carved [13652987904].jpg* – an image of a two prepubescent females performing oral sex on a prepubescent male in a bathtub.

b. *Carved [1967427584].jpg* – an image of a nude prepubescent female being vaginally penetrated by an adult male.

c. *Carved [46580305920].jpg* – an image of a nude prepubescent female from the waist down. The female is seated in a chair with her legs spread and is bound to the chair by rope tied at her hands and feet.

d. *UNDER AGE.mpg* – a video of a prepubescent female performing oral sex on an adult male. In the video, the adult male obscures his torso using a stuffed teddy bear.

During the forensic review of the Dell laptop computer, multiple files indicating use of file-sharing software, or torrents, were found on the computer. Based on my training and experience, I know that the internet is a means and facility of interstate and foreign commerce, and that use of file-sharing programs to distribute and receive files requires use of the internet. In addition, the Western Digital hard drive was made in Thailand and the Dell laptop computer was made in China. Therefore, each device must have been transported and shipped in interstate and foreign commerce to be found within the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.