**CHANDRA L. PETERSON**
California State Bar No. 306935
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chandra_Peterson@fd.org

Attorneys for Defendant
Joseph Deleon Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DELEON CRUZ,<br><br>　　　　　　　Defendant. | CASE NO.:   18CR2382-LAB<br><br>**NOTICE OF EXHIBIT IN SUPPORT DEFENDANT'S SENTENCING MEMORANDUM** |

TO:   ADAM BRAVERMAN, UNITED STATES ATTORNEY;
　　　RENEE GREEN, ASSISTANT U.S. ATTORNEY:


　　Mr. Cruz hereby submits the following Exhibits A through G and I in Support of his Sentencing Memorandum filed under Docket No. 41.

　　　　　　　　　　　　　Respectfully submitted,


Dated:  December 12, 2018　　　*s/ Chandra L. Peterson*
　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　JOSEPH DELEON CRUZ
　　　　　　　　　　　　　Email:  Chandra_Peterson@fd.org