# Exhibit A

Dear Judge Burns,

The content of this letter serves as a letter of support, for my brother Joseph DeLeon Cruz (aka Joe).

I don't know where to start exactly, but to say that of my 4 siblings, I've always felt that Joe was the most reasonable, rational, and most able to admit when he was wrong and to seek to reconcile differences.  That has been my experience.  Whenever we'd have a discussion or even an argument (as siblings do sometimes), he was always ready to work it out, talk it out, or agree to disagree.  As adults, we rarely ended a phone call or in-person conversation, without making peace.  This was not really modeled to us, so the fact that he and I could have serious disagreements, without them adversely affecting our relationship, was very important to me.  (Which only adds to my sadness, because my one sibling that I can communicate best with, will no longer be so easily available; at least not for a while.)

Joe has made many sacrifices (of time and money), to care for my parents.  When my Dad was suffering from Parkinson's, Joe often took time off from work, to help my Mom take my Dad to doctor appointments.  He also helped them with Legal assistance for their Will, and other documents.  My parents relied heavily on Joe's help.  When my Dad passed away, Joe was directly involved in the burial process, which put my Mom at ease.  When my Mom had knee replacement surgery, in April 2017, Joe flew out to Oklahoma, to help her recover at my home.  He and other family members flew out here, so that I (as her primary caregiver) wouldn't miss too much work.  I will always be grateful for his help, and the help of others, during that time.

Joe is a critical part of our family, and critical to me as his sister.  The news of his incarceration has affected me deeply.  I have felt the pain of loss (i.e. my Dad's passing, and other personal loss), but I had never felt anguish or known anguish, until I received the news of my brother...  I am concerned and pray for his safety and well-being, daily.  I am also thankful that my Mom, who is 87-years old and has dementia, is unable to grasp this, and therefore does not know; otherwise, I dread the thought of what it would do to her.

I have attached photos (each named for the event), and a copy of my Mom's prescription for Donepezil (Aricept), which is used for treatment of Dementia and Alzheimer's.

Sincerely,

Levan D. LaRue

# Exhibit B

September 16, 2018

Dear Judge Burns,

I can only verify that my brother is a good man.

He is a man that committed to his military service and honorably retired.

Continued to carry on a civil service job.

During that time, he helped cared for our aging mother and kept her in good spirits by taking her out.

He also sought after spiritual direction by going to church.

Though, we are parted by distance I can still vouch that he is a good man.

I hope that there is an opportunity for leniency for the future of my brother and to be around for our mother.

From my personal perspective, Federal money can be better spent on HARDEN criminals than a character flaw than can be reform.

He is remorsed about this and he needs help to defeat this demon.

Sincerely,

Peter DeLeon Cruz

# Exhibit C

264

54

| LAST NAME | SSAN |
|---|---|
| Cruz | |

## SECTION V — CERTIFICATIONS

**39.** I CERTIFY THAT THE INFORMATION GIVEN BY ME IN THIS DOCUMENT IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT I AM BEING ACCEPTED FOR ENLISTMENT BASED ON THE INFORMATION PROVIDED BY ME IN THIS DOCUMENT; THAT IF ANY OF THE INFORMATION IS KNOWINGLY FALSE OR INCORRECT, I COULD BE TRIED IN A CIVILIAN OR MILITARY COURT AND COULD RECEIVE A LESS THAN HONORABLE DISCHARGE WHICH COULD AFFECT MY FUTURE EMPLOYMENT OPPORTUNITIES.

*(Your signature in this block must be witnessed by your recruiter.)*

| a. DATE SIGNED | b. NAME OF APPLICANT (Type or print) | c. SIGNATURE OF APPLICANT |
|---|---|---|
| 0 3 AUG 1979 | Joseph Deleon Cruz | Joseph Deleon Cruz |

**40.**

DATA VERIFICATION BY RECRUITER *(Enter a description of the actual document used to verify items below.)*

a. NAME "Sighted Certificate of Live Birth issued By the Government of Guam."
Number: 61429    Date of Issue: 31 March 1960."

d. "Sighted High School Diploma issued by Samuel Morse H.S. on 15 June 1979."

e. "Sighted Social Security Card
Number: [redacted]"

f. PRIOR MILITARY SERVICE

None

"Sighted High School Transcripts issued by Morse H.S. which verify satisfactory completion of 3 years "JROTC" Program."

**41.** I CERTIFY THAT I HAVE WITNESSED APPLICANT'S SIGNATURE ABOVE AND THAT I HAVE VERIFIED THE DATA IN SECTIONS I, III, AND IV OF THIS DOCUMENT AND THE DOCUMENTS LISTED ABOVE AS PRESCRIBED BY MY DIRECTIVES. I FURTHER CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES OTHER THAN THOSE LISTED AND SIGNED BY ME IN ITEM 37. I UNDERSTAND MY LIABILITY TO TRIAL BY COURTS-MARTIAL UNDER THE UNIFORM CODE OF MILITARY JUSTICE SHOULD I EFFECT OR CAUSE TO BE EFFECTED THE ENLISTMENT OF ANYONE KNOWN BY ME TO BE INELIGIBLE FOR ENLISTMENT.

| e. DATE SIGNED | b. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION (Type or print) | c. SIGNATURE OF RECRUITER |
|---|---|---|
| 0 3 AUG 1979 | James D. Stein Jr. QM2, USN 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  NRS College Grove | James D Stein Jr |

## SECTION VI — ENLISTMENT OPTIONS ACCEPTED
*(COMPLETED BY GUIDANCE COUNSELLOR, AFEES LIAISON NCO, ETC., AS SPECIFIED BY SPONSORING SERVICE)*

| 42a. ENL COMP | b. GRADE/RATE | c. DATE OF RANK | d. TERM ENL |
|---|---|---|---|
| USN | E03 | 790829 | 4 |

| e. T-E MOS/AFS | f. PMOS/AFS | g. WAIVER CODE | h. OPT ANAL | i. PROG ENL FOR |
|---|---|---|---|---|
| AN | | YYY | FY | AK499 |

j. SPECIFIC OPTION/PROGRAM ENLISTED FOR (Write in clear text English)

SF/AN    PCN 95646515    25-31AUG79    DEP 10AUG79    ACTIVE 29AUG79
RTC SDIEGO        E3 BASED ON 3 YRS ROTC/HS

k. I CERTIFY THAT I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT AND, TO THE BEST OF MY JUDGMENT AND BELIEF, APPLICANT FULFILLS ALL LEGAL AND POLICY REQUIREMENTS FOR ENLISTMENT. I ACCEPT HIM/HER FOR ENLISTMENT ON BEHALF OF THE UNITED STATES _____NAVY_____ , AND CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES EXCEPT AS LISTED IN ITEM 42; ABOVE. I FURTHER CERTIFY THAT SERVICE REGULATIONS GOVERNING SUCH ENLISTMENT HAVE BEEN STRICTLY COMPLIED WITH AND ANY WAIVERS REQUIRED TO EFFECT APPLICANT'S ENLISTMENT HAVE BEEN SECURED AND ARE ATTACHED TO THIS DOCUMENT.

| l. DATE SIGNED | m. NAME & GRADE, SSAN, OR ORGANIZATION (Type or print) | n. SIGNATURE OF ACCEPTOR |
|---|---|---|
| 79AUG10 | SAMUEL V. VILLAR, PN1, USN 572 72 3342 AFEES LIAISON | [signature] |

## SECTION VII — ENTNAC/NAC PROCESSING
*(COMPLETED BY AFEES ENTNAC INTERVIEWER)*

**43a.** ENTNAC/NAC INTERVIEW COMPLETED ON _____ . ADDITIONAL INFORMATION

☐ WAS NOT DISCLOSED.  ☐ WAS DISCLOSED AND REPORTED TO THE SPONSORING SERVICE REPRESENTATIVE.

| b. DATE SIGNED | c. GRADE, NAME & ORGANIZATION OF INTERVIEWER (Type or print) | d. SIGNATURE OF INTERVIEWER |
|---|---|---|
| | | |

| DD FORM 1966/7 1 SEP 76 | DD FORMS 1966/1 THRU 8, 1 SEP 76, REPLACE THE PREVIOUS EDITION OF THIS SERIES (1 AUG 75), WHICH IS OBSOLETE. | PAGE 7 |

# Exhibit D

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES     THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.     ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | |
|---|---|---|
| CRUZ, JOSEPH DELEON | NAVY USN | |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| AE1(AW) | E-6 | | Year NA  Month  Day |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| GUAM | SAN DIEGO, CA |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| AIMD NAS NORTH ISLAND, CA | PERSUPP DET NORTH ISLAND, CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE   None |
|---|---|
| NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 | Amount: $ 100,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 6701 - ADVANCED AVIONICS INTERGRATED COMPUTER SYSTEMS MAINTENANCEMAN (1 YR) | a. Date Entered AD This Period | 94 | SEP | 27 |
| | b. Separation Date This Period | 99 | AUG | 31 |
| 8351 - A-4 SYSTEMS ORGANIZATIONAL | c. Net Active Service This Period | 04 | 11 | 05 |
| MAINTENANCE TECHNICIAN (3 YRS) | d. Total Prior Active Service | 15 | 00 | 27 |
| 8377 - SH-3 SYSTEMS ORGANIZATIONAL | e. Total Prior Inactive Service | 00 | 00 | 00 |
| MAINTENANCE TECHNICIAN (2 YRS,8 MOS) | f. Foreign Service | 06 | 04 | 00 |
| | g. Sea Service | 04 | 05 | 27 |
| | h. Effective Date of Pay Grade | 91 | MAY | 16 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| NAVY/MARINE CORPS ACHIEVEMENT MEDAL (3), NAVY UNIT COMMENDATION (2), MERITORIOUS UNIT COMMENDATION (3), BATTLE "E" RIBBON, GOOD CONDUCT MEDAL (5) NAVY EXPEDITIONARY MEDAL, NATIONAL DEFENSE SERVICE MEDAL, ARMED (CON'T) |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| AVIATION GAS FREE ENGINEERING TECHNICIAN (2 DYS) OCT96, INSTRUCTOR TRAINING (2.5 WKS)SEP91, ADVANCED AVIONICS INTEGRATED COMPUTER SYSTEMS MAINTENANCEMAN (29 WKS) AUG91, CH-46 ELECTRICAL INSTRUMENTALS "O" LEVEL (3.5 WKS) (CON'T) |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | XX | | XX | | 30.00 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X Yes | No |
|---|---|---|

### 18. REMARKS

"THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OR WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILTY FOR, AND/OR CONTINUED COMPLIANCE WITH THE REQUIREMENTS OF A FEDERAL BENEFIT PROGRAM."
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BLK 11 CON'T:  8379 - H-46 SYSTEMS ORGANIZATIONAL MAINTENANCE TECHNICIAN (8 YRS, 2 MOS), 9502 - INSTRUCTOR (1 YR, 6 MOS).  BLK 13 CON'T:  FORCES EXPEDITIONARY MEDAL, SOUTHWEST ASIA SERVICE MEDAL, HUMANITARIAN SERVICE MEDAL SEA SERVICE DEPLOYMENT RIBBON (5), ENLISTED AIR WARFARE SPECIALIST.  BLK 14 CON'T:  SEP87, LEADERSHIP & MANAGEMENT EDUCATION & TRAINING (1.5 WKS) (CON'T)

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 556 MOSS STREET #M CHULA VISTA, CA  91911 | IGNACIA CRUZ (MOTHER) 412 ENCINITAS AVE SAN DIEGO CA  92114 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  CA   DIR. OF VET AFFAIRS  X Yes  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | S/ J. MARCELO, PN1(SW/AW), USN, BYDIROIC |

---

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
| TRANSFERRED TO THE FLEET RESERVE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| BUPERS 250129Z FEB 99 | NBD | N/A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| SUFFICIENT SERVICE FOR RETIREMENT |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL:  NONE | Initials |

DD Form 214, NOV 88   S/N 0102-LF-006-5500 *Previous editions are obsolete.*

SERVICE-2

Continuation Sheet for Certificate of Release or Discharge From Active Duty
(DD Form 214)

Name: CRUZ, JOSEPH DELEON          SSN: ■■ ■ ■■
Department: NAVY USN
Grade. Rate or Rank: AE1(AW)          Pay Grade: E-6
Date Entered AD This Period: 94   SEP   27
Separation Date This Period: 99   AUG   31

Block 18 Continued:

BLK 14 CON'T:   JAN87, MMG 1A/2 NC-8 (ELECTRICAL MOBILE POWER UNIT) (1 DY)
MAY80, SH-3 ELECTRICAL SYSTEMS MAINTENANCE (7 WKS) JUL80, 7A/JG-75 PON-6
(PORTABLE OILER) (1 DY) MAY80, AVIONICS CORROSION CONTROL (1 WK) MAY80,
AVIATION FIREFIGHTING SCHOOL (2 DYS) MAY80, AVIATION ELECTRICIANSMATE CLASS
"A1" (11 WKS) APR80, BASIC ELECTRICAL AND ELECTRONIC CLASS "AP" (2 WKS)
JAN80, AVIATION FUNDAMENTALS CLASS "AP" (1.2 WKS) NOV79.   "EFFECTIVE DATE
OF TRANSFER TO FLEET RESERVE STATUS:  (01SEP99)."

Signature of Member Being Separated:          Official Authorized to Sign:

S. J. MARCELO, PN1(SW/AW), USN, BY DIROIC

# Exhibit E

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-32

SHIP OR STATION

HELSUPPRON FIVE, ANDERSEN AIR FORCE BASE, GUAM



18APR96: HELSUPPRON FIVE WAS AWARDED THE 1995 COMNAVAIRPAC AIRCRAFT
SQUADRON/SHIP BATTLE EFFICIENCY "E" FOR COMPETITIVE CYCLE 01JAN95
THROUGH 31DEC95.  THIS AWARD RECOGNIZED OUTSTANDING PERFORMANCE IN
KEEN COMPETITION WITH THE OTHER HELICOPTER SQUADRONS.

IN ANNOUNCING HELSUPPRON FIVE'S SELECTION, COMMANDER NAVAL AIR
FORCES PACIFIC FLEET SAID, "THE COMPETITION WAS EXCEPTIONAL THIS
YEAR AND REFLECTED THE HIGH STATE OF READINESS SYNONYMOUS WITH THE
AVIATION FORCES OF THE U.S. PACIFIC FLEET.  CONGRATULATIONS TO ALL
PERSONNEL IN EACH AWARD WINNING UNIT.  WELL DONE."

I WOULD LIKE TO INDIVIDUALLY CONGRATULATE EACH AND EVERY MEMBER OF
THE SQUADRON FOR THEIR PERSONAL EFFORTS IN CONTRIBUTING TO THIS
PRESTIGIOUS ACHIEVEMENT.  YOU HAVE MADE A DIFFERENCE AND MADE
HELSUPPRON FIVE THE PREMIER COMBAT SUPPORT SQUADRON IN THE PACIFIC
FLEET.

A. J. DZIELSKI
COMMANDER, U.S. NAVY
COMMANDING OFFICER

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| CRUZ, Joseph D. | | USN |

*GPO:1987-785-019/73256

13 7



The Secretary of the Navy takes pleasure in presenting
the NAVY ACHIEVEMENT MEDAL to

JOSEPH DELEON CRUZ
AVIATION ELECTRICIAN'S MATE SECOND CLASS
UNITED STATES NAVY

for service as set forth in the following

CITATION:

"For professional achievement in the superior performance of
his duties while serving as Quality Assurance Supervisor and
Flight Deck Troubleshooter for Helicopter Combat Support Squadron
Eleven, Detachment Six aboard USS WABASH (AOR 5) from February to
August 1990. Petty Officer Cruz consistently performed his
demanding duties in an exemplary and highly professional manner.
Demonstrating outstanding technical knowledge and a can-do
attitude, he performed on the spot troubleshooting and
maintenance during high tempo Battle Group operations,
contributing to the detachment's 100 percent mission completion
rate. An organized and superb leader, he supervised the landing
signal enlisted and coordinated cargo handling during airheads to
ensure the safe, efficient movement of personnel and cargo. His
diligent efforts inspired all who observed him and contributed
significantly to the successful accomplishment of WABASH's
mission. Petty Officer Cruz' outstanding professionalism and
total dedication to duty reflected great credit upon himself and
were in keeping with the highest traditions of the United States
Naval Service."

For the Secretary of the Navy,

T. M. TAVE
Rear Admiral, U. S. Navy
Commander, Carrier Group THREE

COMCARGRU 3



**Commander Naval Air Force**
**United States Pacific Fleet**

The Secretary of the Navy takes pleasure in presenting the NAVY ACHIEVEMENT MEDAL (Gold Star in Lieu of Second Award) to

AVIATION ELECTRICIAN'S MATE FIRST CLASS (AIR WARFARE)
JOSEPH D. CRUZ
UNITED STATES NAVY

for service as set forth in the following

CITATION:

For professional achievement as Line Division Leading Petty Officer, Avionics Leading Petty Officer, Practical Job Training Instructor and H-46 Training Coordinator, Helicopter Combat Support Squadron THREE from October 1991 to October 1994. Petty Officer Cruz performed his demanding duties in an exemplary and highly professional manner. Exhibiting exceptional motivation, he astutely supervised 26 Plane Captains and 18 technicians during daily upkeep of 13 squadron aircraft, greatly enhancing the workcenters' effectiveness despite manpower shortages. His expert management and technical skill directly contributed to the squadron's unprecedented safety record and the qualification of 10 new Plane Captains in minimal time. As Training Coordinator, he meticulously ensured an effective and efficient quota control and administrative support procedures while guiding the department to two successful Type Commander Aviation Maintenance Evaluations. Petty Officer Cruz' professionalism and devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service.

For the Secretary of the Navy,

R. J. SPANE
Vice Admiral, U.S. Navy
Commander Naval Air Force, U.S. Pacific Fleet



# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### (GOLD STAR IN LIEU OF THE SECOND AWARD)

## TO

AVIATION ELECTRICIAN'S MATE FIRST CLASS  (AVIATION WARFARE) JOSEPH D. CRUZ, UNITED STATES NAVY

## FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES WHILE SERVING AS WORK CENTER 62F/692 LEADING PETTY OFFICER, AVIONICS DIVISION, AIRCRAFT INTERMEDIATE MAINTENANCE DEPARTMENT, NAVAL AIR STATION, NORTH ISLAND, SAN DIEGO, CALIFORNIA FROM JULY 1998 TO AUGUST 1999.  PETTY OFFICER CRUZ DEMONSTRATED EXCEPTIONAL LEADERSHIP IN DIRECTING HIS WORK CENTERS TO CONSISTENTLY MEET ALL ESTABLISHED PRODUCTION GOALS AND COMPLETING OVER 100 REPAIR ITEMS IN A MONTH PERIOD.  HIS SUPERIOR PERFORMANCE OF DUTY DURING THIS TOUR IS THE HALLMARK OF A CAREER DEVOTED TO ACCOMPLISHING BROAD AND DIVERSE TASKS, WHICH HIGHLIGHTS THE CULMINATION OF 20 YEARS OF HONORABLE AND DEDICATED NAVAL SERVICE.  PETTY OFFICER CRUZ'S LEADERSHIP, PERSONAL INITIATIVE, AND UNSWERVING DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE UNITED STATES NAVAL SERVICE.

GIVEN THIS    12th    DAY OF    Aug    19 99

FOR THE    SECRETARY OF THE NAVY
V. Z. FROMAN
Rear Admiral, United States Navy
Commander, Navy Region, Southwest

NAVSO 1650/12 (1-95)
S/N 0104-LF-019-2900

# Exhibit F

0817   OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 54 SSN | PERIOD OF REPORT |
|---|---|---|
| | | 52 From    53 To |
| | | 84APR01      85MAR31 |

**DUTIES AND RESPONSIBILITIES**

ASSIGNED TO AVIONICS/ARMAMENT DIVISION, ELECTRICAL WORKCENTER. COLLATERAL DUTIES ARE TOOL CONTROL, RECREATION, ASSISTANT CORROSION CONTROL PETTY OFFICER AND ASSISTANT EMERGENCY RECLAMATION TEAM MEMBER. MILITARY DUTY AS ASSISTANT SQUADRON DUTY OFFICER. DEPLOYED TO NAS KEY WEST FLA IN SUPPORT OF TOPGUN ACM/GUNNERY TRAINING DETACHMENT 84 AUG 25 TO 84 SEPT 07.

**55 SPECIAL ACHIEVEMENTS**

COMPLETED ORAL COMMUNICATION AND BASIC MATH AT GROSSMONT JUNIOR COLLEGE. RECENTLY DESIGNATED COLLATERAL DUTY INSPECTOR.

**56 EVALUATION COMMENTS**

PERFORMANCE HAS BEEN ABOVE AVERAGE. ONE OF THE MOST KNOWLEDGEABLE AND COMPETENT TECHNICIANS IN THE WORKCENTER BUT TENDS TO BE SOMEWHAT LESS MOTIVATED THAN HIS PEERS. EXPERIENCE WITH AIRCRAFT ELECTRICAL SYSTEMS ENABLES HIM TO SUCCESSFULLY ACCOMPLISH ASSIGNED TASKS. RELIABLE, REQUIRES LITTLE OR NO SUPERVISION. CONTINUES TO STRIVE FOR SELF-IMPROVEMENT. AN ABOVE AVERAGE SUPERVISOR WHO IS CAPABLE OF GUIDING THE EFFORTS OF SUBORDINATES. NEEDS TO DEVELOP INITIATIVE AND AGGRESSIVE ATTITUDE TOWARDS TASK COMPLETION. DILIGENTLY PREPARED FOR THE RECENT COMFITAEWWINGPAC ADMINISTRATIVE MATERIAL INSPECTION, RESULTING IN A GRADE OF EXCELLENT. ADHERES TO RULES AND REGULATIONS AND WILLINGLY COMPLIES WITH THE WISHES OF HIS SENIORS. SHARP MILITARY APPEARANCE. KEEPS UNIFORM CLEAN AND NEATLY PRESSED. POLITE, WELL LIKED BY PEERS. PRESENTLY UNDER TRAINING FOR A-6 LOW POWER TURN-UP. FIRMLY SUPPORTS THE NAVY EQUAL OPPORTUNITY PROGRAM. EXCELLENT COMMAND OF THE ENGLISH LANGUAGE BOTH ORAL AND WRITTEN. DISPLAYS POTENTIAL AND HAS ASSUMED LEADERSHIP ROLE IN THE ABSENCE OF REGULAR SUPERVISOR. RECOMMENDED FOR ADVANCEMENT AND RETENTION.

OFFICIAL RECORD COPY

627

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | | PERIOD OF REPORT | | |
|---|---|---|---|---|
| CRUZ, J. D | | 52 From ASAPRIL | 53 To 8LMAR81 | |

54 DUTIES AND RESPONSIBILITIES

AVIONICS/ARMAMENT DIVISION, ELECTRICAL WORKCENTER.  COLLATERAL DUTIES:  COLLATERAL DUTY INSPECTION, SHOP SAFETY OFFICER, CORROSION CONTROL PETTY OFFICER, ASSISTANT TRAINING PETTY OFFICER AND ASSISTANT FOD PETTY OFFICER.  MILITARY DUTY:  ASSISTANT SQUADRON DUTY OFFICER.

55 SPECIAL ACHIEVEMENTS

COMPLETED AVIATION ELECTRICIAN'S MATE 1 & C COURSE.  PARTICIPATED IN TRAINING DETACHMENTS TO NWC CHINA LAKE 3-4 APR 85 AND SQUADRON DEPLOYMENT TO NAS OCEANA 25 AUG 85 - 10 SEPT 85.

56 EVALUATION COMMENTS

OVERALL PERFORMANCE HAS BEEN EXCELLENT, A DEFINITE IMPROVEMENT SINCE THE LAST REPORTING PERIOD.  EXCELLENT KNOWLEDGE OF THE A-4E/F ELECTRICAL SYSTEMS ENABLES HIM TO WORK WITHOUT SUPERVISION.  DISPLAYS A GREAT DEGREE OF INITIATIVE AND INTEREST IN HIS WORK.  SOME SPECIAL ACCOMPLISHMENTS INCLUDE:

* EXTREMELY RELIABLE AND EFFECTIVE.  HIS SUPERB PERFORMANCE CONTRIBUTED TO A 100 PERCENT A-4 AVAILABILITY RATE SINCE NOVEMBER 1985.

* COMPLETELY RE ROTE EIGHT TRAINING LECTURES TO PROVIDE A COMPLETE SYLLABUS FOR THE WORKCENTER TRAINING PROGRAM.

* VOLUNTEERED HIS TALENT ON TWO OCCASIONS TO REPAIR NFWS AIRCRAFT WHICH BROKE AT MCAS YUMA.

* TOOK THE INITIATIVE TO TRAIN NEW MEMBERS OF THE WORKCENTER.

A TIRELESS WORKER, CHEERFULLY OBEYS ORDERS AND REGULATIONS WHILE ADHERING TO MILITARY COURTESIES.  HE TIRELESSLY ACCEPTS ADDED RESPONSIBILITIES, SHOWING POTENTIAL FOR BECOMING AN EFFECTIVE SUPERVISOR.  WITH HIS OUTGOING PERSONALITY, HE ENJOYS A GOOD RAPPORT WITH SENIORS AND SUBORDINATES ALIKE.  PERSONAL GROOMING HABITS RESULT IN CONSISTENTLY SHARP AND CORRECT APPEARANCE.  FIRM SUPPORTER OF THE NAVY EQUAL OPPORTUNITY PROGRAM.  EXCELLENT COMMAND OF THE ENGLISH LANGUAGE, BOTH ORAL AND WRITTEN.  ACTIVE IN EXTRA-MILITARY ACTIVITIES:  A MEMBER OF THE SQUADRON SOFTBALL TEAM, AND COACHES LITTLE LEAGUE BASEBALL. HIGHLY RECOMMENDED FOR ADVANCEMENT AND RETENTION.

OFFICIAL RECORD COPY

NOT REQUIRED FOR COMPLETION OF THIS SIDE

50 MEMBER'S LAST NAME, INITIALS

CRUZ J. D.

PERIOD OF REPORT

54 DUTIES AND RESPONSIBILITIES

AVIONICS/WEAPONS DIVISION, ELECTRICAL SUPERVISOR.  COLLATERAL DUTIES:  COLLATERAL DUTY
INSPECTOR, EMERGENCY RECLAMATION TEAM MEMBER, CORROSION CONTROL PETTY OFFICER.  MILITARY
DUTY:  ASSISTANT SQUADRON DUTY OFFICER.  SQUADRON SOFTBALL TEAM MEMBER.  NAVY RELIEF
COMMITTEE MEMBER.  DETACHMENTS:  NAS KEY WEST 18-28 APR 86, MCAS YUMA 19-23 MAY 86, NWC
CHINA LAKE 28 JUL - 3 AUG 86, 6-10 OCT 86, NELLIS AFB 3-7 NOV 86.

55 SPECIAL ACHIEVEMENTS

56 EVALUATION COMMENTS

EVALUATION SUBMITTED UPON PETTY OFFICER CRUZ'S PCS TRANSFER TO HC-11.  TOTAL
PERFORMANCE HAS BEEN CONSISTANTLY EXCELLENT.  TECHNICAL KNOWLEDGE AND TROUBLESHOOTING
SKILLS EXCEED THOSE OF CONTEMPORARIES.  RELIABLE AND CONSISTENTLY COMPETENT.  SPECIFIC
ACCOMPLISHMENTS INCLUDE:

    * QUALIFIED AS A-4E/F AND NA-4F ENGINE LOW POWER TURN OPERATOR IN RECORD SHORT
PERIOD.

    * PROVIDED TECHNICAL EXPERTISE IN PROVIDING QUALITY ON THE JOB TRAINING ON AN/A JB 3
SYSTEM AND ENGINE INSTRUMENTS FOR TWO NEWLY ASSIGNED ELECTRICIANS.

    * TOOK THE INITIATIVE IN UPDATING/REWRITING 6 ELECTRICAL SYSTEMS TRAINING LECTURES.

    * PERSONAL EFFORTS CONTRIBUTED SIGNIFICANTLY TO THE OVERALL FMC RATE OF 90% FROM 1
MAY 86 TO 1 JULY 86.

    * PERFORMED DUTIES ON 7 SQUADRON DETACHMENTS AS ASSISTANT DETACHMENT SUPERVISOR IN
SUPPORT OF TOPGUN FIGHTER PILOT TRAINING RESULTING IN EFFECTIVE DETACHMENT SUPPORT.

    * ASSISTED ORDNANCE SHOP IN CONFIGURING THE A-4E FOR AIM 9 SIDEWINDER WEAPON SYSTEM
CAPABILITY.

    A CAPABLE AND TALENTED TECHNICIAN.  ATTAINS MAXIMUM PERFORMANCE FROM SUBORDINATES AND
ENSURES THAT ASSIGNED TASKS ARE COMPLETED CORRECTLY.  WILLINGLY SEEKS ADDITIONAL DUTIES
AND CHEERFULLY ACCEPTS TAD ASSIGNMENTS.  POSSESSES AN OUTGOING PERSONALITY CONTRIBUTING TO
HIGH WORKCENTER MORALE.  RESPECTED AS A LEADER BY PEERS AND SENIORS ALIKE.  MILITARY
BEARING IS ALWAYS CORRECT, PRESENTS AND IMPRESSIVE APPEARANCE.  STRONGLY SUPPORTS THE
NAVY'S EQUAL OPPORTUNITY PROGRAM.  COMMAND OF THE ENGLISH LANGUAGE BOTH WRITTEN AND ORAL
IS EXCELLENT.  A VALUABLE MEMBER OF THE WATCH TEAM AND A DEFINITE ASSET TO ANY COMMAND.
HIGHLY RECOMMENDED FOR ADVANCEMENT AND RETENTION.

OFFICIAL RECORD COPY

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT | | |
|---|---|---|---|---|
| CRUZ, J D | | 52 From: 87APR01 | 53 To: | 88MAR31 |

**54 DUTIES AND RESPONSIBILITIES**

DETACHMENT EIGHT MAINTENANCE TEAM MEMBER. PERFORMS SCHEDULED/UNSCHEDULED ORGANIZATIONAL LEVEL MAINTENANCE ON TWO H-46 HELICOPTERS AND RELATED EQUIPMENT. COLLATERAL: DET TOOL CONTROL PROGRAM MANAGER. MILITARY: ASSISTANT SQUADRON DUTY OFFICER, SHORE PATROL. DEPLOYED TO USS MOUNT HOOD (AE 29) 87SEP17-87OCT15; USS ROANOKE (AOR 7) 87DEC01-87DEC06. 88JAN19-88JAN23, 88FEB02-88FEB08.

**55 SPECIAL ACHIEVEMENTS**

QUALIFIED H-46 PLANE CAPTAIN. COMPLETED: FASO QUALITY ASSURANCE ADMINISTRATION, NAMTRADET H-46; ELECTRICAL AND INSTRUMENTS AND SHIPBOARD FIRE FIGHTING; QUALIFIED FOR NAVY BATTLE "E" (86JUL0-87DEC31).

**56 EVALUATION COMMENTS**

SUPER PETTY OFFICER. INTELLIGENT, MOTIVATED, RELIABLE. EXCELLENT MAINTENANCE TECHNICIAN. COMPLETED ALL ASSIGNED TASKS IN A TIMELY MANNER WITH GREAT ENTHUSIASM. CAPABLE LEADER.

- DEDICATED EXTRA OFF-DUTY HOURS TO CONVERT DETACHMENT TOOL CONTAINERS TO THE NEW TOOL CONTROL PLAN; EXCELLENT JOB.

- TECHNICAL TROUBLESHOOTING SKILLS GREATLY CONTRIBUTED TO DETACHMENT'S ACHIEVEMENT OF 98% AIRCRAFT MISSION CAPABLE RATE.

- MAJOR CONTRIBUTOR TO SQUADRON'S NATIONAL DEFENSE TRANSPORTATION AND BATTLE "E" AWARDS.

- EXCEPTIONAL MILITARY APPEARANCE AND ATHLETIC QUALITIES; MEMBER OF SQUADRON SOFTBALL, FOOTBALL AND BOWLING TEAMS.

HIGHLY RECOMMENDED FOR ADVANCEMENT AND RETENTION.

OFFICIAL RECORD COPY

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT | | |
|---|---|---|---|---|
| CRUZ, J D | | 52 From  88APR01 | 53 To  89MAR31 |

**54 DUTIES AND RESPONSIBILITIES**
DETACHMENT FIGHT MAINTENANCE TEAM MEMBER. PERFORMS SCHEDULED AND UNSCHEDULED ORGANIZATIONAL LEVEL MAINTENANCE ON TWO H-46 SAR/VERTREP HELICOPTERS AND RELATED EQUIPMENT. COLLATERAL: AVIONICS COLLATERAL DUTY INSPECTOR, TIME DOMAIN REFLECTOMETRY OPERATOR, AND DET TOOL CONTROL PROGRAM MANAGER. MILITARY: ASSISTANT SQUADRON DUTY OFFICER AND SHORE PATROL. DEPLOYED ON BOARD USS ROANOKE (AOR 7) SOCAL

**55 SPECIAL ACHIEVEMENTS**
REQUALIFIED H-46 PLANE CAPTAIN.

**56 EVALUATION COMMENTS**
OUTSTANDING MAINTENANCE TECHNICIAN. AGGRESSIVE, DEDICATED AND HIGHLY PROFESSIONAL PETTY OFFICER. INTELLIGENT, HARDWORKING AND RESOURCEFUL. CONTINUES TO EXCEL IN ALL ENDEAVORS. DISPLAYS STRONG LEADERSHIP QUALITIES.

- MANAGED AN OUTSTANDING TOOL CONTROL PROGRAM. THROUGH DILIGENT EFFORT AND PATIENCE, CONVERTED ALL DETACHMENT TOOL BOXES TO COMPLY WITH NEW H-46 TOOL CONTROL PLAN.

- DEMONSTRATED SUPERIOR KNOWLEDGE OF H-46 AVIONICS SYSTEMS. GREATLY CONTRIBUTED TO THE DETACHMENT'S 87% MISSION CAPABLE RATE AND 100 MISSION COMPLETION RATE WHILE DEPLOYED.

- CONTRIBUTED DIRECTLY TO THE DETACHMENT'S EXTREMELY SUCCESSFUL PRE AND POST DEPLOYMENT AIRCRAFT AND SUPPORT EQUIPMENT MATERIAL CONDITION INSPECTION CONDUCTED BY COMASWWINGPAC. ENTHUSIASTIC TEAM PLAYER.

- AWARDED: MERITORIOUS UNIT COMMENDATION (86JUL01-87DEC31), ARMED FORCES EXPEDITIONARY MEDAL (88JUN15-88DEC15), NAVY SEA SERVICE RIBBON.

- AWARDED LETTER OF COMMENDATION FROM CO, USS ROANOKE (AOR 7) FOR OUTSTANDING PERFORMANCE AS LSE AND VERTREP HOOK UP MAN DURING 18 FAST PACED MASIRAH AIRHEADS.

CONSCIENTIOUS, DYNAMIC HARD-CHARGER. EXTREMELY DEPENDABLE. ABSOLUTE QUALITY PERFORMER. HIGHLY RESOURCEFUL. SUPERIOR ABILITY TO WORK INDEPENDENTLY DURING HIGH TEMPO OPERATIONS. READY TO ASSUME INCREASED RESPONSIBILITY AND CHALLENGES. HIGHLY RECOMMENDED FOR ADVANCEMENT AND RETENTION IN THE NAVAL SERVICE.

BLK 54 CONT'D
06APR-22APR88, 13JUN-15DEC88 TO THE WESTERN PACIFIC/INDIAN OCEAN.

OFFICIAL REPRODUCTION

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT |
|---|---|---|
| CRUZ, J. D. | [redacted] | 52 From 89APR01   53 to 90MAR31 |

54 DUTIES AND RESPONSIBILITIES

DETACHMENT SIX MAINTENANCE TEAM MEMBER. PERFORMS SCHEDULED AND UNSCHEDULED ORGANIZATIONAL MAINTENANCE ON TWO H-46 HELICOPTERS AND RELATED EQUIPMENT. DETACHMENT AVIONICS SUPERVISOR. COLLATERAL: DETACHMENT QUALITY ASSURANCE SUPERVISOR, AVIONICS COLLATERAL DUTY QUALITY ASSURANCE REPRESENTATIVE AND DETACHMENT TIME DOMAIN REFECTOMETRY/ELECTROSTATIC DISCHARGE PROGRAMS MANAGER. MILITARY: DUTY SECTION LEADER,

55 SPECIAL ACHIEVEMENTS

REQUALIFIED H-46 PLANE CAPTAIN, QUALIFIED: AVIONICS COLLATERAL DUTY QUALITY ASSURANCE REPRESENTATIVE (CDQAR) AND AMERICAN RED CROSS CPR.

56 EVALUATION COMMENTS

### *** OUTSTANDING PETTY OFFICER ***

#### ** RANKS NUMBER 1 OF 8 DETACHMENT SECOND CLASS PETTY OFFICER. **

SUPERB SUPERVISOR. MOTIVATED AGGRESSIVE AND EXTREMELY KNOWLEDGEABLE. SUPERIOR TECHNICAL EXPERTISE. THIS PETTY OFFICER HAS IT ALL: STYLE, PERSONALITY, LOYALTY AND TAKE CHARGE ATTITUDE. READY FOR INCREASED RESPONSIBILITY.

--KEY PLAYER IN ENSURING THE SMOOTH TRANSITION OF DETACHMENT TO THE NEW SR&M (SLEP' H-46 HELICOPTER. ENSURED DETACHMENT AVIONICS PERSONNEL WERE FULLY TRAINED PRIOR TO ACCEPTANCE OF THE FIRST AIRCRAFT FROM DEPOT.

--SELECTED HC-11 SENIOR SAILOR THE QUARTER, (FIRST QUARTER 1990). NOMINATED COMASWINGPAC SENIOR SAILOR OF THE QUARTER (FIRST QUARTER 1990). SETS THE STANDARD FOR PRIDE AND PROFESSIONALISM.

--PERFORMED RAPID, ON THE SPOT SYSTEMS TROUBLESHOOTING ON DETACHMENT AIRCRAFT DURING PACEX-89, AN EXTREME COLD WEATHER, MULTI-BATTLE GROUP EXERCISE. EFFORTS RESULTED IN MAINTAINING AIRCRAFT AT 98% FULL MISSION CAPABLE AND 100% MISSION COMPLETION RATES.

--MAJOR CONTRIBUTOR TO USS ROANOKE AND DETACHMENT EIGHT WINNING INAUGURAL 1988 CNO SHIP-HELICOPTER SAFETY AWARD.

--OUTSTANDING ABILITY TO PLAN AND ORGANIZE. HARD CHARGING EFFORTS CONTRIBUTED DIRECTLY TO THE DETACHMENT'S EXTREMELY SUCCESSFUL PRE-DEPLOYMENT AIRCRAFT AND SUPPORT EQUIPMENT MATERIAL CONDITION INSPECTION CONDUCTED BY COMASWINGPAC. HIS PROGRAMS HAD ZERO DISCREPANCIES.

--AWARDED HC-11 SILVER PRO FOR OUTSTANDING PERFORMANCE WHILE DEPLOYED ON BOARD USS FLINT (AE 32).

--ACTIVELY INVOLVED IN LOCAL COMMUNITY: VOLUNTEER ST VINCENT DEPAUL FOOD DRIVE CENTER OF SAN DIEGO, MIRA MESA LITTLE LEAGUE AND SQUADRON SOFT BALL TEAM.

--SCORED OUTSTANDING ON NAVY PRT.

OUTSTANDING LEADER AND PETTY OFFICER. SUPERIOR PERFORMANCE THROUGHOUT, BOTH DEPLOYED AND ASHORE. AGGRESSIVE, HIGHLY MOTIVATED AND ORGANIZED. OUTSTANDING MILITARY APPEARANCE BOTH IN AND OUT OF UNIFORM. CONTRIBUTIONS TO THE COMMAND AND MISSION RANK HIM HEAD AND SHOULDERS ABOVE HIS PEERS. MOST STRONGLY RECOMMENDED FOR ADVANCEMENT, PROGRAMS LEADING TO A COMMISSION AND RETENTION IN THE NAVAL SERVICE. "PROMOTE NOW!"

BLOCK 54 CONT'D
ASSISTANT SQUADRON DUTY OFFICER AND SHORE PATROL. DEPLOYED ON BOARD USS CORONADO (AGF 11) 04JUN89 - 05JUL89 NORTHPAC, USS FLINT (AE 32) 06JUL89 - 20JUL89 NORTHPAC, USS WABASH (AOR 5): 05SEP89 - 07NOV89 NORTHPAC/BERING SEA, 01FEB90 - PRESENT WESTERN PACIFIC/INDIAN OCEAN.

UNOFFICIAL RECORD COPY

CASE TYPING FONT ▓▓▓ COMPLETION OF THIS SIDE

30 MEMBER'S LAST NAME, INITIALS

R. MOA ▓▓

PERIOD OF REPORT

CRUZ, J.

52 From 90APR01     53 To 90OCT01

34 DUTIES AND RESPONSIBILITIES

DETACHMENT SIX MAINTENANCE TEAM MEMBER.  PERFORMS SCHEDULED AND UNSCHEDULED ORGANIZA-
TIONAL MAINTENANCE ON TWO H-46 HELICOPTERS AND RELATED EQUIPMENT.  DETACHMENT
AVIONICS SUPERVISOR.  COLLATERAL DUTIES: DETACHMENT QUALITY ASSURANCE SUPERVISOR,
AVIONICS COLLATERAL DUTY QUALITY ASSURANCE REPRESENTATIVE AND DETACHMENT TIME DOMAIN
REFLECTOMETRY/ELECTROSTATIC DISCHARGE PROGRAMS MANAGER.  MILITARY DUTIES: DUTY

55 SPECIAL ACHIEVEMENTS

QUALIFIED ENLISTED AVIATION WARFARE SPECIALIST (EAWS).

56 EVALUATION COMMENTS

SUBMITTED ON THE OCCASION OF PETTY OFFICER CRUZ'S PCS TRANSFER TO NATTC MEMPHIS TN.
(UIC: 30459).

* * * SUSTAINED SUPERIOR PERFORMER * * *

OUTSTANDING PETTY OFFICER.  DEMONSTRATES PRIDE AND PROFESSIONALISM IN EVERY ENDEAVOR.
COMPETITIVE SPIRIT AND PRIDE.  TACKLES THE TOUGH ASSIGNMENTS WITH VIGOR.

-   SUPERBLY MANAGED DETACHMENT QUALITY ASSURANCE PROGRAM.  EXTREMELY ORGANIZ-
    ED IN ACHIEVING UNPARALLELED RESULTS.  EFFORTS RESULTED IN ZERO DISCREPAN-
    CIES ON QA MONITORED PROGRAMS DURING RECENT POST DEPLOYMENT INSPECTION
    CONDUCTED BY COMASWWINGPAC.

-   AWARDED NAVY ACHIEVEMENT MEDAL FOR OUTSTANDING PERFORMANCE DURING WESTPAC
    DEPLOYMENT.  SUPER JOB!

-   OUTSTANDING TECHNICAL KNOWLEDGE.  DIRECTLY CONTRIBUTED TO A 100% MISSION
    COMPLETION RATE AND 94% FULL MISSION CAPABLE RATE FOR THE DETACHMENT WHILE
    DEPLOYED TO WESTPAC.

-   AWARDED GOOD CONDUCT MEDAL (SECOND AWARD).

-   AWARDED SEA SERVICE RIBBON WITH BRONZE STAR (THIRD AWARD).

-   MAJOR CONTRIBUTOR TO SQUADRON RECEIVING BATTLE "E" AWARD AND CNO SAFETY
    "S" AWARD FOR CALENDAR YEAR 1989.

-   EXPERT SUPERVISOR.  HARD WORK AND DEDICATION CONTRIBUTED DIRECTLY TO
    DETACHMENT RECEIVING GRADES OF OUTSTANDING FOR AIRCRAFT MATERIAL READINESS
    CONDITION ON BOTH PRE AND POST DEPLOYMENT INSPECTIONS.

-   OUTSTANDING PHYSICAL CONDITION.  CONSISTENTLY SCORES OUTSTANDING ON NAVY
    PRT.

TRULY THE BEST OF THE BEST.  MOTIVATED, AGGRESSIVE AND EXTREMELY KNOWLEDGEABLE PETTY
OFFICER.  MOST STRONGLY RECOMMENDED FOR ADVANCEMENT, INSTRUCTOR DUTY, PROGRAMS
LEADING TO A COMMISSION AND RETENTION IN THE NAVAL SERVICE.

BLK 54 (CONT'D):
SECTION LEADER, SHORE PATROL, ASSISTANT SQUADRON DUTY OFFICER.  DEPLOYED ONBOARD USS
WABASH (AOR 5) 90FEB01 - 90AUG01.

OFFICIAL RECORD COPY

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| CLAIMBER'S LAST NAME, INITIALS | | PERIOD OF REPORT | 92NOV30 |
|---|---|---|---|
| CRUZ, | | S2 From | |
| | | S3 To | |

PRI: Maintenance Department, Line Division LPO-5. Avionics day shift workcenter supervisor-3. COLL: Avionics and corrosion control collateral duty inspector-3. WATCH: Assistant Squadron Duty Officer-12. Barracks Roving Patrol-12.

**55 SPECIAL ACHIEVEMENTS**
Completed Military Requirements for CPO. Completed English Composition 101, Chapman College. EAWS Qualified Instructor.

**56 EVALUATION COMMENTS**

** Ranks 18 of 37 highly qualified Petty Officer First Classes **

** SEEKS THE "HARD JOBS" **

Outstanding and dynamic leader with unlimited potential. Extremely flexible. Team player with command mission foremost in mind. Petty Officer Cruz is a highly motivated and professional self-starter who routinely seeks out additional responsibilities. Specific Accomplishments include:

- Relentless drive. Volunteered for and assumed duties as Line division LPO. Trained 25 plane captains in launch, recovery and movement of aircraft. Instructed trainees in the conduct of daily and turnaround inspections.

- Outstanding managerial skills. With a severe manpower shortage in the Line Division, displayed uncanny resourcefulness and judgment in accomplishing divisional mission without impacting the squadron's capabilities.

- Process improvement leader. Updated Line division's training program and qualified 10 plane captains.

Energetic personality, positive "can do" attitude and deep pride in the Navy highlight his daily performance. Totally committed to the command mission. Petty Officer Cruz possesses unlimited potential and will excel in any endeavor. Most strongly recommended for advancement to Chief Petty Officer.

RETENTION: Recommended.

OFFICIAL RECORD COPY

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT | | |
|---|---|---|---|---|
| CRUZ, J D | | 52 From  92DEC01   53 To   93NOV30 | | |

PRI:  Avionics Division LPO-8.  Fleet Replacement Aviation Maintenance Personnel (FRAMP) Department H-46 Electrical Instrument Systems Instructor-2.  WATCH:  Assistant Duty Section Leader-12.  Assistant Squadron Duty Officer-12.  Barracks Roving Patrol-12.  COLL.:  Avionics and Corrosion Control Collateral Duty Inspector-12.

**55 SPECIAL ACHIEVEMENTS**

Qualified to instruct Electrical Instrument Systems Course.

**56 EVALUATION COMMENTS**

Petty Officer Cruz is a hard worker who approaches challenging tasks with enthusiasm.  Energetic, positive "can do" attitude.  A team player who effectively ensures assignments are completed correctly in minimal time.  Significant accomplishments include:

- <u>Accomplished Manager</u>.  As Leading Petty Officer for Avionics Division, expertly managed 18 personnel, and maintained 13 aircraft.  Successfully completed May 1993 annual Aviation Maintenance Evaluation (AME) and Total Quality Review (TQR) performed by COMNAVAIRPAC advisory teams.

- <u>Skilled Motivator</u>.  Trained and qualified two junior petty officers as Collateral Duty Inspectors during a severe personnel shortage.  His diligence eliminated negative impact on squadron operational readiness.

- <u>Superb Administrator</u>.  Coordinated FRAMP quota control for Pipeline Training Courses, resulting in 134 H-46 maintenance technicians receiving NEC qualification.

- <u>Assertive Leader</u>.  Directly responsible for Avionics Division obtaining 100 percent participation in Navy Relief Fund Drive.

- <u>Community Participant</u>.  Actively participated in distributing donated food through local church to needy families.

Petty Officer Cruz is a highly motivated and reliable performer.  His smooth transition from maintenance Leading Petty Officer to Instructor and H-46 Training Coordinator indicates superior technical and administrative expertise.  Highly recommended for advancement to Chief Petty Officer.

RETENTION:  Recommended.

OFFICIAL RECORD COPY

| 30. MEMBER'S LAST NAME, INITIALS | 31. SSN | | PERIOD OF REPORT | |
|---|---|---|---|---|
| CRUZ, J D | | | 32. FROM 94OCT18 | 33. TO 95NOV30 |

**34. DUTIES AND RESPONSIBILITIES**

PRI:  Detachment ONE LPO-5.  Responsible for the supervision of 21 technicians performing scheduled/unscheduled maintenance on assigned H-46D helicopters. Detachment ONE Avionics Supervisor-5. WATCH: Assistant Duty Section Leader-10, ASDO-1. COLL: Avionics CDQAR-8. Lv/Transit 94OCT18-94NOV01. Deployed:  USNS KILAUEA (T-AE-26) 95JAN17-95FEB16, 95MAR15-95MAR24, 95MAY08-95JUN16, 95AUG15-95NOV21.

**35. SPECIAL ACHIEVEMENTS**

Awarded:  Navy Achievement Medal (2nd), Southwest Asia Service Medal, Sea Service Deployment Ribbon (5th).

**36. EVALUATION COMMENTS**

### *** FUTURE CHIEF PETTY OFFICER ***

Energetic proactive leader who consistently displays superior performance. Goal-oriented.  Technical expert.  Demands excellence from the entire detachment.  Specific accomplishments include:

- Led detachment in the successful completion of one Phase "D" inspection and the expedient removal and replacement of three engines, two rotor heads, three rotor blades, one yoke assembly, one transmission, one vertical shaft and one swashplate.

- Qualified as CDQAR in minimal time.  Selected to provide technical assistance to Homeguard detachment in the utilization of MC-1000 test equipment during compass calibration operations.

- Oversaw the training and qualification of three LSEs, four plane captains, one CDI and one crewchief.

- Organized a detachment corrosion control team which discovered and corrected 180 discrepancies in preparation for a Commander, Fleet Air Western Pacific Pre-Cruise Aircraft Material Condition Inspection.  Personally praised by inspection team for supervision of exceptional corrosion team.

- Instrumental in the completion of 770 mishap-free flight hours and the safe and efficient transfer of over 5200 tons of VERTREP and internal cargo and over 400 passengers in support of Commander, Naval Forces Korea, USS INDEPENDENCE (CV-62) Battle Group, Commander, Task Forces 50 and 53, and Operations Southern Watch, Vigilant Sentinel and Indigo Desert.

- Actively participates in the squadron's "Adopt-A-School" program.  Also involved in assisting the community as a volunteer for his local church.

A mature leader whose professionalism and commitment to duty have directly enhanced the operational readiness, enthusiasm, and morale within the detachment.  A model Navy sailor of impressive military bearing.

He is most highly recommended for advancement to Chief Petty Officer.

RETENTION:  Recommended.

# Exhibit G

**San Diego Community College District**
# ACADEMIC RECORD

City College
Mesa College
Miramar College

JOSEPH DELEON CRUZ

1051361

01 OF 02
07/24/18
09:47 AM

BIRTH DATE - ▮▮▮▮▮
MORSE SENIOR HIGH
GRAD DATE - 1979

THIS DOCUMENT CONTAINS A TRUE WATERMARK • HOLD AT A LIGHT TO VIEW

| Subject/Course | Title | Units Attempted | Units Earned | Grade | Grade Points | General Education | Transfer Code | Reference Code | College |
|---|---|---|---|---|---|---|---|---|---|
| | **\*\*TRANSFER AND NON-TRADITIONAL CREDIT\*\*** | | | | | | | | |
| | CHAPMAN COLLEGE | 3.0 | 3.0 | | 3.00 | | | | |
| | GROSSMONT COLLEGE | 6.0 | 6.0 | | 9.00 | | | | |
| | MILITARY CREDIT | 0.0 | 4.0 | | 0.00 | | | | |
| | SERVICE SCHOOLS | 0.0 | 39.0 | | 0.00 | | | | |
| | **\*\*SAN DIEGO COMMUNITY COLLEGE DISTRICT CREDIT\*\*** | | | | | | | | |
| | SUMMER 1963  ACADEMIC STATUS - | | | | | | | | |
| | SEMESTER TOTAL:      GPA   0.00 | 0.0 | 0.0 | | 0.00 | | | | |
| | CUMULATIVE TOTAL:   GPA   0.00 | 0.0 | 0.0 | | 0.00 | | | | |
| | SUMMER 1979  ACADEMIC STATUS - 1 | | | | | | | | |
| PHYE 167A | BEGINNING WRESTLING | 1.0 | 1.0 | A | 4.00 | | | | 1 |
| | SEMESTER TOTAL:      GPA   4.00 | 1.0 | 1.0 | | 4.00 | | | | |
| | CUMULATIVE TOTAL:   GPA   4.00 | 1.0 | 1.0 | | 4.00 | | | | |
| | SPRING 1983  ACADEMIC STATUS - 1 | | | | | | | | |
| ENGL 101 | READING AND COMPOSITION | (3.0) | 0.0 | D | 0.00 | A2 | 3 | 3 | 1 |
| | SEMESTER TOTAL:      GPA   0.00 | 0.0 | 0.0 | | 0.00 | | | | |
| | CUMULATIVE TOTAL:   GPA   4.00 | 1.0 | 1.0 | | 4.00 | | | | |
| | SUMMER 2000  ACADEMIC STATUS - 1 | | | | | | | | |
| ENGL 051 | BASIC COMPOSITION | (3.0) | 0.0 | W | 0.00 | | 1 | | 1 |
| | SEMESTER TOTAL:      GPA   0.00 | 0.0 | 0.0 | | 0.00 | | | | |
| | CUMULATIVE TOTAL:   GPA   4.00 | 1.0 | 1.0 | | 4.00 | | | | |
| | FALL   2000  ACADEMIC STATUS - 1 | | | | | | | | |
| ENGL 051 | BASIC COMPOSITION | 3.0 | 3.0 | C | 6.00 | | 1 | | 1 |
| | SEMESTER TOTAL:      GPA   2.00 | 3.0 | 3.0 | | 6.00 | | | | |
| | CUMULATIVE TOTAL:   GPA   2.50 | 4.0 | 4.0 | | 10.00 | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\* CONTINUED \*\*\*\*\*\*\*\*\*\*\*\*\*

*Regun C. Neacy*

**Registrar**

AN OFFICIAL DOCUMENT IS PRINTED IN THE COLOR TEAL • AND HAS A TEAL COLORED BACKGROUND • A BLACK & WHITE DOCUMENT IS NOT OFFICIAL

# San Diego Community College District
## ACADEMIC RECORD

City College
Mesa College
Miramar College

1051360
02 OF 02
07/24/18
09:47 AM

JOSEPH DELEON CRUZ

BIRTH DATE -
MORSE SENIOR HIGH
GRAD DATE - 1979

PFN

**THIS DOCUMENT CONTAINS A TRUE WATERMARK • HOLD AT A LIGHT TO VIEW**

| Subject/Course | Title | Units Attempted | Units Earned | Grade | Grade Points | General Education | Transfer Code | Reference Code | College |
|---|---|---|---|---|---|---|---|---|---|
| | SPRING 2001    ACADEMIC STATUS - 2 | | | | | | | | |
| ENGL 101 | READING AND COMPOSITION | (3.0) | 0.0 | F | 0.00 | A2 | 3 | 3 | 1 |
| MATH 095 | ELEMENTARY ALGEBRA & GEOMETRY | 5.0 | 5.0 | B | 15.00 | | 1 | | 1 |
| | SEMESTER TOTAL:       GPA   3.00 | 5.0 | 5.0 | | 15.00 | | | | |
| | CUMULATIVE TOTAL:     GPA   2.78 | 9.0 | 9.0 | | 25.00 | | | | |
| | SPRING 2002    ACADEMIC STATUS - 4 | | | | | | | | |
| MATH 096 | INTERMED ALGEBRA & GEOMETRY | 5.0 | 0.0 | F | 0.00 | | 1 | | |
| | SEMESTER TOTAL:       GPA   0.00 | 5.0 | 0.0 | | 0.00 | | | | |
| | CUMULATIVE TOTAL:     GPA   1.79 | 14.0 | 9.0 | | 25.00 | | | | |
| | FALL    2008    ACADEMIC STATUS - 4 | | | | | | | | |
| ENGL 101 | READING AND COMPOSITION | 3.0 | 3.0 | D | 3.00 | A2 | 3 | | |
| | SEMESTER TOTAL:       GPA   1.00 | 3.0 | 3.0 | | 3.00 | | | | |
| | CUMULATIVE TOTAL:     GPA   1.65 | 17.0 | 12.0 | | 28.00 | | | | |

\*\*\*\*\*\*\*NO VALID ENTRIES BELOW THIS LINE\*\*\*\*\*\*\*

*Registrar*

AN OFFICIAL DOCUMENT IS PRINTED IN THE COLOR TEAL • AND HAS A TEAL COLORED BACKGROUND • A BLACK & WHITE DOCUMENT IS NOT OFFICIAL

VERIFY THIS DOCUMENT'S AUTHENTICITY INSTANTLY! See security features built into this paper on reverse side

# EXHIBIT H
# (Under Seal)

# Exhibit I

## METROPOLITAN CORRECTIONAL CENTER
### HEALTH SERVICES UNIT
### 808 UNION STREET
### SAN DIEGO, CALIFORNIA 92101



## FACSIMILE TRANSMITTAL
### HEALTH SERVICES UNIT

CML: (619)232-4311, EXT. / (b)(6),(b)(7)(C),(b)(7)(F)

FTS: (b)(6);(b)(7)(C);(b)(7)(F)

**FAX:** (b)(6);(b)(7)(C);(b)(7)(F)   **Medical Records**

FAX: (b)(6);(b)(7)(C);(b)(7)(F)   Clinical Area

DATE: __04/19/2018__

FROM: __M.Quintana/Medical Records Dept__

TO: __Alvarado Hospital/Medical Records/FOIA Dept__

PAGES: __1__ (Excluding the cover sheet)

If entire number of pages are not received, please call our offices.

COMMENTS: **Request Emergency Department Report for Joseph Cruz #68627-298 DOB**: ▉▉▉▉▉

### CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is not permissible. If you have this telecopy in error, please immediately notify us by telephone.